## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:05MJ108 |
| vs. | ) ) | ORDER |
| ROLANDO RODRIGUEZ-LARA, | ) ) | |
| Defendant. | ) | |

Before the court is Attorney Jessica L. Milburn's Motion to Withdraw [8] as counsel for the defendant.  On August 3, 2005, Attorney C.G. Jolly filed an Entry of Appearance of Counsel [7].  For that reason, the Motion to Withdraw [8] will be granted and Ms. Milburn will be deemed withdrawn as attorney of record.

IT IS SO ORDERED.

DATED this 8th day of August, 2005.

BY THE COURT:

s/ F. A. Gossett
U.S. Magistrate Judge